# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Irene Geeze<br>James J. Geeze<br>              Debtor | BK NO. 16-02980 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 6522

                                      Respectfully submitted,

                                      **/s/ Joshua I. Goldman , Esquire___**
                                      Joshua I. Goldman, Esquire
                                      Thomas Puleo, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406
                                      Attorney for Movant/Applicant