# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Lisa Irene Geeze
James J. Geeze, Jr.

            Debtors

PNC Bank, National Association

            Movant

      vs.

Lisa Irene Geeze
James J. Geeze, Jr.

            Debtors

Charles J. DeHart, III Esq.

            Trustee

**CHAPTER 13**

**NO. 16-02980 RNO**

**11 U.S.C. Section 362 and 1301**

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1140 Dogwood Lane, Bushkill, Pa 18324 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated:   September 10, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)