# Notice Recipients

District/Off: 0314–5     User: CGambini     Date Created: 9/10/2019
Case: 5:16–bk–02980–RNO     Form ID: pdf010     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     James Warmbrodt     jwarmbrodt@kmllawgroup.com
aty     Philip W. Stock     pwstock@ptd.net

                                                  TOTAL: 2