UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JAMES J. GEEZE, JR. and : CHAPTER 13
LISA IRENE GEEZE :
   Debtor :
 
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
 
   vs. :
 
JAMES J. GEEZE, JR. and :
LISA IRENE GEEZE :
   Respondent : CASE NO. 5-16-bk-02980

## OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 20th day July, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors exemptions for the following reason(s):

1. Debtors exemption of 100% of Fair Market Value without proof of the asset's value deprives unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

          Respectfully submitted,

          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717)566-6097

BY:    /s/Agatha R. McHale
          Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 20th day July, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Philip Stock, Esquire
706 Monroe Street
Stroudsburg, PA 18360

              /s/Deborah A. Behney
              Office of Charles J. DeHart, III
              Standing Chapter 13 Trustee