UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JAMES J. GEEZE, JR. and<br>LISA IRENE GEEZE<br>　Debtors | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| JAMES J. GEEZE, JR. and<br>LISA IRENE GEEZE<br>　Respondents | : | CASE NO. 5-16-bk-02980-RNO<br><br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.