In re:  
James J. Geeze, Jr.  
Lisa Irene Geeze  
    Debtors

Case No. 16-02980-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 23, 2021      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James J. Geeze, Jr., 1140 Dogwood Lane, Bushkill, PA 18324-6848 |
| jdb | #+ | Lisa Irene Geeze, 1140 Dogwood Lane, Bushkill, PA 18324-6848 |
| cr | + | ESSA Bank & Trust, 1065 Highway 315, Wilkes-Barre, PA 18702-6941 |
| 4817362 | + | Attorney John Fisher, 126 South Main Street, Pittston, PA 18640-1739 |
| 4813577 | + | COLUMBIA DOCTORS, 622 W 168TH ST PH-1564, NEW YORK, NY 10032-3720 |
| 4838540 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 4813582 | + | DITECH, PO BOX 6172, RAPID CITY, SD 57709-6172 |
| 4817363 | | ESSA Bank & Trust, 1065 Highway 315, Cross Creek Pointe, Pittston, PA 18640 |
| 4813584 | + | GOODYEAR TIRE CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4859115 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4859122 | | RBS Citizens, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4813573 | + | EDI: GMACFS.COM | Aug 23 2021 22:53:00 | ASFS, PO BOX 9001951, LOUISVILLE, KY 40290-1951 |
| 4830839 | | EDI: GMACFS.COM | Aug 23 2021 22:53:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 4813574 | | EDI: BANKAMER.COM | Aug 23 2021 22:53:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998 |
| 4813575 | + | EDI: CAPITALONE.COM | Aug 23 2021 22:53:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 4813576 | + | EDI: CITICORP.COM | Aug 23 2021 22:53:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4813578 | + | EDI: WFNNB.COM | Aug 23 2021 22:53:00 | COMENITY BANK WOMNWTHN, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4813579 | | EDI: CRFRSTNA.COM | Aug 23 2021 22:53:00 | CREDIT FIRST NA FIRESTONE, PO BOX 81083, CLEVELAND, OH 44181 |
| 4830735 | | EDI: CAPITALONE.COM | Aug 23 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4813580 | | EDI: DISCOVER.COM | Aug 23 2021 22:53:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850 |
| 4813581 | + | EDI: DISCOVERPL | Aug 23 2021 22:53:00 | DISCOVER PERSONAL LOAN, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 4815053 | EDI: DISCOVER.COM | Aug 23 2021 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4813583 | + Email/Text: collections@essabank.com | Aug 23 2021 18:49:00 | ESSA BANK & TRUST, PO BOX L, STROUDSBURG, PA 18360-0160 |
| 4845900 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2021 19:01:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4843613 | + EDI: MID8.COM | Aug 23 2021 22:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4813585 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2021 18:49:00 | PNC BANK, PO BOX 3180, PITTSBURGH, PA 15230 |
| 4847958 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2021 18:49:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 4813586 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 23 2021 18:49:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 4859251 | EDI: PRA.COM | Aug 23 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4831998 | EDI: Q3G.COM | Aug 23 2021 22:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4813587 | + EDI: RMSC.COM | Aug 23 2021 22:53:00 | SYNCB LOWES, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 4813588 | + EDI: RMSC.COM | Aug 23 2021 22:53:00 | SYNCB WALMART, PO BOX 965024, ORLANDO, Florida 32896-5024 |
| 4813589 | + Email/PDF: DellBKNotifications@resurgent.com | Aug 23 2021 19:01:26 | WEBBANK DFS, PO BOX 81607, AUSTIN, TX 78708-1607 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | |

        TWecf@pamd13trustee.com

James Warmbrodt

        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

John Fisher

        on behalf of Creditor ESSA Bank & Trust johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Joshua I Goldman

        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Philip W. Stock

        on behalf of Plaintiff James J. Geeze Jr. pwstock@ptd.net

Philip W. Stock

        on behalf of Debtor 2 Lisa Irene Geeze pwstock@ptd.net

Philip W. Stock

        on behalf of Debtor 1 James J. Geeze Jr. pwstock@ptd.net

Philip W. Stock

        on behalf of Plaintiff Lisa Irene Geeze pwstock@ptd.net

Thomas I Puleo

        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James J. Geeze Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1589 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lisa Irene Geeze <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9075 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–02980–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James J. Geeze Jr.     Lisa Irene Geeze

**By the court:**

8/23/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**