United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-02980-MJC |
| James J. Geeze, Jr. | Chapter 13 |
| Lisa Irene Geeze | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 21, 2021 | Form ID: fnldec | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James J. Geeze, Jr., 1140 Dogwood Lane, Bushkill, PA 18324-6848 |
| jdb | #+ | Lisa Irene Geeze, 1140 Dogwood Lane, Bushkill, PA 18324-6848 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Creditor ESSA Bank & Trust johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Joshua I Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION josh.goldman@padgettlawgroup.com, |

|  |  |
|---|---|
|  | angelica.reyes@padgettlawgroup.com |
| Philip W. Stock | on behalf of Plaintiff Lisa Irene Geeze pwstock@ptd.net |
| Philip W. Stock | on behalf of Plaintiff James J. Geeze Jr. pwstock@ptd.net |
| Philip W. Stock | on behalf of Debtor 2 Lisa Irene Geeze pwstock@ptd.net |
| Philip W. Stock | on behalf of Debtor 1 James J. Geeze Jr. pwstock@ptd.net |
| Thomas I Puleo | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James J. Geeze Jr.,
**Debtor 1**

Lisa Irene Geeze,
**Debtor 2**

Chapter 13

Case No. 5:16−bk−02980−MJC

Social Security No.:
xxx−xx−1589   xxx−xx−9075

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 21, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)